# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: BRINKER BROTHERS COMPANY, INC.     §   Case No. 09-75190

§

§

Debtor(s)                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $200,698.00           Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00       Claims Discharged
                                         Without Payment: $162,456.95

Total Expenses of Administration: $0.00

3) Total gross receipts of $ 436.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 436.43 (see **Exhibit 2**), yielded net receipts of $0.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,091.70 | $28,746.70 | $28,746.70 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 155,386.91 | 65,796.29 | 65,796.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $217,478.61 | $94,542.99 | $94,542.99 | $0.00 |

4)  This case was originally filed under Chapter 7 on November 23, 2009. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2012          By: /s/JAMES E. STEVENS
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charter One - Checking | 1129-000 | 136.43 |
| 1982 GMC Pickup | 1129-000 | 300.00 |
| **TOTAL GROSS RECEIPTS** | | $436.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brinker Brothers Company, Inc. | return of personal property to the Debtor | 8200-002 | 436.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $436.43 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bowen Oil Co. | 4120-000 | 32,873.05 | 28,746.70 | 28,746.70 | 0.00 |
| NOTFILED | Apple River Bank | 4110-000 | 29,218.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $62,091.70 | $28,746.70 | $28,746.70 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gene Brinker | 7100-000 | 58,726.25 | 64,600.96 | 64,600.96 | 0.00 |
| 3 | Commonwealth Edison Company | 7100-000 | N/A | 1,195.33 | 1,195.33 | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 314.33 | N/A | N/A | 0.00 |
| NOTFILED | Meyers-Cox Co. | 7100-000 | 3,516.29 | N/A | N/A | 0.00 |
| NOTFILED | O'Connor Brooks & Co. P.C. | 7100-000 | 2,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Wallace E. Dunn Tax Service | 7100-000 | 856.00 | N/A | N/A | 0.00 |
| NOTFILED | Pearl City Elevator | 7100-000 | 40,712.85 | N/A | N/A | 0.00 |
| NOTFILED | Werhane Enterprises | 7100-000 | 682.34 | N/A | N/A | 0.00 |
| NOTFILED | IC System, Inc. | 7100-000 | 1,195.33 | N/A | N/A | 0.00 |
| NOTFILED | Vincent Roth & Toepfer | 7100-000 | 3,062.50 | N/A | N/A | 0.00 |
| NOTFILED | Donald Brown Trucking | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Galena Gazette | 7100-000 | 194.78 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,049.60 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 908.66 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 7100-000 | 32,541.85 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,781.11 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Dakota News | 7100-000 | 830.02 | N/A | N/A | 0.00 |
| NOTFILED | ET Video | 7100-000 | 3,230.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 155,386.91 | 65,796.29 | 65,796.29 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75190

**Case Name:** BRINKER BROTHERS COMPANY, INC.

**Period Ending:** 02/21/12

**Trustee:**       (330420)    JAMES E. STEVENS

**Filed (f) or Converted (c):** 11/23/09 (f)

**§341(a) Meeting Date:** 12/29/09

**Claims Bar Date:** 04/08/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 201 E. Main Street Warren, | 200,000.00 | 99,900.00 | DA | 0.00 | FA |
| 2 | Apple River State Bank - Checking | 48.00 | 0.00 | DA | 0.00 | FA |
| 3 | Charter One - Checking | 50.00 | 0.00 | DA | 136.43 | FA |
| 4 | 1982 GMC Pickup | 100.00 | 0.00 | DA | 300.00 | FA |
| 5 | Popcorn Machine, Ice Cream Machine, Slushie Mach | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | **Assets**      **Totals** (Excluding unknown values) | **$200,698.00** | **$99,900.00** | | **$436.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order abandoning real estate entered on 11/23/2011.  Returned monies to Debtors.   When check clears we are filing a No Asset Report.

**Initial Projected Date Of Final Report (TFR):**        December 31, 2010

**Current Projected Date Of Final Report (TFR):**        February 28, 2012

Printed: 02/21/2012 08:31 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-75190 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | BRINKER BROTHERS COMPANY, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-65 - Checking Account |
| Taxpayer ID #: | **-***6019 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 02/21/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/10 | {4} | Albrecht Motors | payment for 1982 GMC Truck | 1129-000 | 300.00 | | 300.00 |
| 12/06/10 | {3} | Kay Brinker | balance of monies in corporate account | 1129-000 | 136.43 | | 436.43 |
| 12/07/11 | 1001 | Brinker Brothers Company, Inc. | return of personal property to the Debtor | 8200-002 | | 436.43 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **436.43** | **436.43** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **436.43** | **436.43** | |
| Less: Payments to Debtors | | 436.43 | |
| **NET Receipts / Disbursements** | **$436.43** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******66-65** | **436.43** | **0.00** | **0.00** |
| | **$436.43** | **$0.00** | **$0.00** |

{} Asset reference(s)